JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON J. PEAKE,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>BRIAN BIRKHOLTZ,<br><br>　　　　　　Respondent. | Case No. 2:22-CV-7153-RGK (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed. Claim One is dismissed WITHOUT prejudice and Claim Two is dismissed WITH prejudice.

Dated: May 11, 2023

*/s/ Gary Klausner*

HONORABLE R. GARY KLAUSNER
United States District Judge